

101 Greenwich Street, 22 Fl.
New York, NY 10006
t. 212.766.1888
f. 212.766.3252
www.mdafny.com

Stephen L. Schioppi
Attorney
sschioppi@mdafny.com
M. 917.696.5392

November 11, 2025

**Via ECF**
Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *Walker v. Gagnon*, Case No. 1:25-cv-07971-KPF
      Our File No.: (PRG)79453

Dear Judge Failla:

    Counsel for all parties write jointly to respectfully request an adjournment of the deadline to submit the proposed order referenced in the Court's recent directive. A motion to remand this matter to state court is currently pending before your Honor. Should the Court grant that motion, the submission of the proposed order would be rendered moot.

    Accordingly, the parties respectfully request that the current deadline be adjourned pending the Court's decision on the motion to remand.

    We thank the Court for its time and consideration.

Respectfully submitted,

*Stephen L. Schioppi*

Stephen L. Schioppi, Esq.
Morris Duffy Alonso Faley & Pitcoff
Attorney for Defendants
101 Greenwich Street, 22nd Floor
New York, NY 10006
sschioppi@mdafny.com

Luis Guerrero, PLLC
Attorney for Plaintiff
14 Penn Plaza, 9th Floor
New York, NY 10122
(917) 997-1116
luis@luisguerrerolaw.com

Nassau ▪ 1 Old Country Road, Carle Place, NY 11514 │ Suffolk ▪ One Huntington Quadrangle, Melville NY 11747
Westchester ▪ 445 Hamilton Avenue, White Plains NY 10601 │ Green ▪ 11 Whisper Creek Drive, Windham NY 12496
Bergen ▪ 744 Floyd Street, Englewood Cliffs, NJ 07632

Application GRANTED.

The initial pretrial conference currently scheduled for November 19, 2025, is hereby ADJOURNED *sine die*.  Defendant is directed to file a response to Plaintiff's motion to remand on or before **November 26, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 5.

Dated:     November 12, 2025        SO ORDERED.
           New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE